ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Daya International Investment Ltd.** |
|---|---|
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080508E | $295,847.73 | 10/11/2019 | 19CDY293054-HK | 9/4/2019 | $40,704.70 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080712S | $184,317.55 | 10/25/2019 | 19CDY292048-HK | 9/18/2019 | $27,768.06 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080712S | $184,317.55 | 10/25/2019 | 19CDY292047-HK | 9/20/2019 | $17,208.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080712S | $184,317.55 | 10/25/2019 | 19CDY291077-HK | 9/20/2019 | $19,621.44 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080712S | $184,317.55 | 10/25/2019 | 19CDY291076-HK | 9/18/2019 | $72,432.74 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080591M | $195,491.12 | 10/18/2019 | HKDY1829555 | 1/1/2019 | $12,932.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080591M | $195,491.12 | 10/18/2019 | 19CDY294024-HK | 9/11/2019 | $5,252.80 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080591M | $195,491.12 | 10/18/2019 | 19CDY293059-HK | 9/11/2019 | $58,621.09 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080591M | $195,491.12 | 10/18/2019 | 19CDY293056-HK | 9/9/2019 | $14,940.12 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080591M | $195,491.12 | 10/18/2019 | 19CDY293050-HK ADDI-140 | 8/14/2019 | $1,539.22 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080591M | $195,491.12 | 10/18/2019 | 19CDY291075-HK | 9/11/2019 | $80,546.01 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080202 | $112,125.93 | 9/20/2019 | 19CDY291066-HK | 8/14/2019 | $48,304.64 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080508E | $295,847.73 | 10/11/2019 | 19CDY293055-HK | 9/4/2019 | $27,085.17 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782Q | $289,535.11 | 11/1/2019 | 19CDY291079-HK | 9/27/2019 | $9,761.67 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080508E | $295,847.73 | 10/11/2019 | 19CDY293052-HK | 9/6/2019 | $105,015.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080508E | $295,847.73 | 10/11/2019 | 19CDY292046-HK | 9/5/2019 | $50,811.54 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080508E | $295,847.73 | 10/11/2019 | 19CDY291072-HK | 9/6/2019 | $8,604.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080508E | $295,847.73 | 10/11/2019 | 19CDY291071-HK | 9/4/2019 | $63,627.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080408H | $134,936.16 | 10/4/2019 | 19CDY293053-HK | 8/30/2019 | $51,876.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080408H | $134,936.16 | 10/4/2019 | 19CDY291069-HK | 8/29/2019 | $83,060.16 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080321F | $116,944.67 | 9/27/2019 | 19CDY293051-HK | 8/21/2019 | $28,973.88 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080321F | $116,944.67 | 9/27/2019 | 19CDY292045-HK | 8/21/2019 | $28,317.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080321F | $116,944.67 | 9/27/2019 | 19CDY291068-HK | 8/21/2019 | $59,653.19 |

Daya International Investment Ltd. (2266356)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080202 | $112,125.93 | 9/20/2019 | 19CDY293050-HK | 8/14/2019 | $41,237.41 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080202 | $112,125.93 | 9/20/2019 | 19CDY292044-HK | 8/15/2019 | $22,583.88 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080591M | $195,491.12 | 10/18/2019 | 19CDY291073-HK | 9/9/2019 | $21,659.88 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081063D | $111,020.53 | 11/22/2019 | 19CDY292054-HK | 10/18/2019 | $817.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081379Z | $87,711.60 | 12/13/2019 | 19CDY291090-HK | 11/8/2019 | $13,080.96 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081379Z | $87,711.60 | 12/13/2019 | 19CDY291089-HK | 11/6/2019 | $30,482.69 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282 | $122,402.97 | 12/6/2019 | HKDY1929548 | 10/31/2019 | $1,408.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282 | $122,402.97 | 12/6/2019 | 19CDY294028-HK | 10/30/2019 | $38,626.39 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282 | $122,402.97 | 12/6/2019 | 19CDY293067-HK | 10/31/2019 | $17,408.16 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282 | $122,402.97 | 12/6/2019 | 19CDY292056-HK | 10/31/2019 | $47,091.46 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282 | $122,402.97 | 12/6/2019 | 19CDY291087-HK | 10/31/2019 | $13,080.96 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282 | $122,402.97 | 12/6/2019 | 19CDY291086-HK | 10/30/2019 | $4,788.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081121G | $148,334.46 | 11/29/2019 | 19CDY293066-HK | 10/23/2019 | $60,001.43 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081121G | $148,334.46 | 11/29/2019 | 19CDY292055-HK | 10/24/2019 | $68,838.55 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081121G | $148,334.46 | 11/29/2019 | 19CDY291084-HK | 10/24/2019 | $19,494.48 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080712S | $184,317.55 | 10/25/2019 | 19CDY293060-HK | 9/18/2019 | $47,287.31 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081063D | $111,020.53 | 11/22/2019 | 19CDY293064-HK | 10/16/2019 | $70,114.71 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782Q | $289,535.11 | 11/1/2019 | 19CDY291078-HK | 9/26/2019 | $27,613.08 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081063D | $111,020.53 | 11/22/2019 | 19CDY291082-HK | 10/17/2019 | $27,130.80 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080977V | $238,831.28 | 11/15/2019 | HKDY1929546 | 8/12/2019 | $106.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080977V | $238,831.28 | 11/15/2019 | 19CDY293063-HK | 10/10/2019 | $137,073.11 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080977V | $238,831.28 | 11/15/2019 | 19CDY292052-HK | 10/11/2019 | $14,377.74 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080977V | $238,831.28 | 11/15/2019 | 19CDY292051-HK | 10/10/2019 | $24,213.01 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080977V | $238,831.28 | 11/15/2019 | 19CDY291080-HK | 10/9/2019 | $63,061.42 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782Q | $289,535.11 | 11/1/2019 | 19CDY293061-HK | 9/26/2019 | $90,053.80 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782Q | $289,535.11 | 11/1/2019 | 19CDY293058-HK | 9/23/2019 | $75,626.52 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782Q | $289,535.11 | 11/1/2019 | 19CDY292050-HK | 9/25/2019 | $38,226.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782Q | $289,535.11 | 11/1/2019 | 19CDY292049-HK | 9/23/2019 | $48,253.44 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081379Z | $87,711.60 | 12/13/2019 | 19CDY293068-HK | 11/6/2019 | $44,147.95 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081063D | $111,020.53 | 11/22/2019 | 19CDY294026-HK | 10/16/2019 | $12,957.46 |

**Totals:** **12 transfer(s),** **$2,037,499.11**